IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KRIZIA L. RANDALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 3:18-cv-879-ECM |
| | ) (WO) |
| T-MOBILE US, INC. | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On December 16, 2019, the Magistrate Judge entered a Recommendation (doc. 13) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED prior to service of process in accordance with 28 U.S.C. § 1915(e)(2)(B).

A separate Final Judgment will be entered.

Done this 13th day of January, 2020.

        /s/ Emily C. Marks
    EMILY C. MARKS
    CHIEF UNITED STATES DISTRICT JUDGE